UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHERYL REINHART,

      Plaintiff,                               **Case No.:**

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

      Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, Cheryl Reinhart, by and through the undersigned attorney, and files this Complaint stating a cause of action against Defendant, Hartford Life and Accident Insurance Company, and alleges as follows:

1. This is an action for recovery of benefits under an employee welfare benefit plan brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

2. Plaintiff is an adult resident citizen of Santa Rosa County, Florida.

3. Defendant is a foreign corporation authorized to engage and engaging in business within the State of Florida.

4. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

5. Prior to October 31, 1993, Plaintiff purchased through her employer, West

Florida Medical Center Clinic, P.A., a contract of salary continuance insurance including long-term disability (LTD) benefits (hereinafter "the Plan").

6. At all times material to this Complaint, the Plan was in full force and effect and Plaintiff was a Plan participant.

7. Defendant is in possession of all master Plan documents.

8. Defendant is a plan fiduciary without discretion to interpret Plan provisions.

9. On or before October 31, 1993, Plaintiff became totally disabled from her past employment as defined by the Plan, due to spastic paraplegia, cervical myelopathy, multiple sclerosis, chronic fatigue syndrome, raynaud's phenomenon and other exertional and non-exertional impairments.

10. On or about July 25, 1997, Plaintiff made a timely application for disability benefits under the Plan.

11. Plaintiff's application for LTD benefits was approved.

12. Plaintiff received monthly disability benefits from Defendant for the period October 1, 1997 to January 31, 2015.

13. On January 21, 2015, Defendant denied Plaintiff's claim for ongoing disability benefits informing Plaintiff that she did not meet the policy definition of Disability beyond January 26, 2015.

14. Plaintiff appealed said termination of benefits on June 3, 2015, whereupon Defendant acknowledged receipt of the same in their letter dated June 15, 2015.

15. On July 14, 2015, Defendant upheld its previous denial.

16. Plaintiff continues to suffer from spastic paraplegia, cervical myelopathy, multiple sclerosis, chronic fatigue syndrome, raynaud's phenomenon, and exertional and non-exertional impairments, which render her disabled as defined by the Plan.

17. Plaintiff has exhausted all available administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

18. Each of the Defendant's denials of Plaintiff's claims for LTD benefits was arbitrary and capricious, constituted abuse of Defendant's discretion under the Plan, and derogated Plaintiff's right to disability benefits under the terms of the Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action, and all other relief deemed just and proper by the Court.

Dated this 23rd day of July, 2015.

Respectfully submitted,

s/Kimberly A. Corkill
Kimberly A. Corkill
Florida Bar No.: 0084942
kcorkill@bellsouth.net
s/Daniel M. Soloway
Daniel M. Soloway
Florida Bar No.: 508942
dsoloway@bellsouth.net
Soloway Law Firm
1013 Airport Blvd.
Pensacola FL 32504
(850) 471-3300 (T)
(850) 471-3392 (F)
*Attorneys for Plaintiff*